BRETT L. TOLMAN, United States Attorney (#8821)
LANA TAYLOR, Special Assistant United States Attorney (#7642)
Attorneys for the United States of America
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-3083
Facsimile: (801) 524-4366

FILED
U.S. DISTRICT COURT

2007 FEB 21  P 4: 00

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | **INDICTMENT** |
|---|---|---|
| Plaintiff, | : | VIO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute Methamphetamine]. |
| vs. | : | |
| MARTIN R. VANDEMERWE, | : | Judge Dee Benson<br>DECK TYPE: Criminal<br>DATE STAMP: 02/21/2007 @ 11:35:58 |
| Defendant. | : | CASE NUMBER: 2:07CR00111 DB |

The Grand Jury charges:

COUNT I

On or about June 1, 2006, in the Central Division of the District of Utah,

MARTIN R. VANDEMERWE,

the defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offense alleged in Count I of this indictment which is punishable by imprisonment for more than one year, the above-named defendant shall forfeit

to the United States pursuant to 21 U.S.C. § 853 any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1) and any property traceable thereto, to wit: $2,694.00 in United States currency.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

LANA TAYLOR
Special Assistant United States Attorney